1  LISA J. ZASTROW, ESQ.
   Nevada Bar No. 009727
2  BART K. LARSEN, ESQ.
   Nevada Bar No. 008538
3  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada  89145
   Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
   E-Mail:     lzastrow@klnevada.com
6              blarsen@klnevada.com

7  *Attorneys for Defendant, KOI, LLC*
   *(dba Koi Restaurant and Lounge)*

8

9

10

11

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

                            * * *

14
   DIANA M. HUGHES,                          CASE NO. 2:15-cv-00882-APG-VCF
15
                      Plaintiff,             **STIPULATION TO CONTINUE**
16                                           **EARLY NEUTRAL EVALUATION**
          vs.                                **SESSION**
17
   KOI GROUP, INC.; KOI LV, LLC (d.b.a."Koi  **AND**
18 Restaurant and Lounge"),
                                             **ORDER THEREON**
19                    Defendant.
                                             (*FIRST REQUEST*)
20

21

22

23          Defendant,  KOI  LV,  LLC  (d.b.a."Koi"),  by  and  through  its  counsel  of  record,  and

24 Plaintiff,  DIANA  M.  HUGHES,  by  and  through  her  counsel  of  record,  herby  stipulate  to

25 continue the date of the Early Neutral Evaluation Session ("ENE") Briefs and the ENE Session

26 from August 27, 2015 and September 3, 2015 (Doc. No. 17), respectively, to **the earliest times**

27 **convenient for the court,** before Honorable Magistrate Judge Peggy Leen, Room 3071, Lloyd

28 D.  George  United  States  Courthouse,  333  Las  Vegas  Boulevard  South,  Las  Vegas,  Nevada,

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

89101, due to unavoidable and unforeseen circumstances.  Respectfully, the Defendants' counsel was advised on August 25th that the Defendant is unable to appear at the date and time with full and complete settlement authority, due to circumstances out of the Defendants' control.

        **IT IS SO STIPULATED.**

DATED this 25th day of August, 2015          DATED this 25th day of August, 2015

**KOLESAR & LEATHAM**                              **COHEN & PADDA**


/s/ LISA J. ZASTROW, ESQ.                          /s/ PAUL S. PADDA, ESQ.
LISA J. ZASTROW, ESQ.                              PAUL S. PADDA, ESQ.
BART K. LARSEN, ESQ.                               4240 West Flamingo Road #220
400 South Rampart Boulevard, Suite 400             Las Vegas, Nevada 89103
Las Vegas, Nevada  89145

Attorneys for Defendants                           Attorneys for Plaintiff

        **IT IS ORDERED** that the confidential ENE statements, currently due August 27, 2015, shall be vacated and continued to be received in Chambers, Room 3071, no later than **4:00 p.m., November 13, 2015.**

        **IT IS FURTHER ORDERED** that the ENE session, currently scheduled for 1:30 p.m., September 3, 2015, shall be vacated and continued to **9:30 a.m., November 20, 2015,** in Chambers, Room 3071.

        **IT IS FURTHER ORDERED** that all other instructions within the original Order Setting Early Neutral Evaluation Conference (Dkt. #17) shall remain in effect.

        Dated this 27th day of August, 2015.

                                    Peggy A. Leen
                                    United States Magistrate Judge

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472