1 | LISA J. ZASTROW, ESQ.
Nevada Bar No. 009727
2 | BART K. LARSEN, ESQ.
Nevada Bar No. 008538
3 | **KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
4 | Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
5 | Facsimile:  (702) 362-9472
E-Mail:     lzastrow@klnevada.com
6 |           blarsen@klnevada.com

7 | *Attorneys for Defendant, KOI, LLC*
*(dba Koi Restaurant and Lounge)*

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

14

15 | DIANA M. HUGHES,                              CASE NO. 2:15-cv-00882-APG-VCF

16 |                 Plaintiff,

**STIPULATION AND ORDER TO
DISMISS WITH PREJUDICE**

17 |         vs.

18 | KOI GROUP, INC.; KOI LV, LLC (d.b.a."Koi
Restaurant and Lounge"),

19 |                 Defendant.

20

21 |         Defendant, KOI LV, LLC d.b.a. "Koi Restaurant and Lounge" by and through its counsel

22 | of record, and Plaintiff, DIANA M. HUGHES by and through her counsel of record, herby

23 | stipulate to dismiss the above-captioned matter, with prejudice, in its entirety.  All parties are to

24 | bear their own attorneys' fees and costs.

25 | . . .

26 |         **IT IS SO ORDERED.**

27 |         Dated: January 4, 2016.

_____
UNITED STATES DISTRICT JUDGE

28

*KOLESAR & LEATHAM*
*400 S. Rampart Boulevard, Suite 400*
*Las Vegas, Nevada 89145*
*Tel: (702) 362-7800 / Fax: (702) 362-9472*

**IT IS SO STIPULATED.**

DATED this 4th day of January, 2016

KOLESAR & LEATHAM

/s/ Lisa J. Zastrow
LISA J. ZASTROW, ESQ.
BART K. LARSEN, ESQ.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendants*

DATED this 4th day of January, 2016

THE FEDERAL DEFENDERS LAW GROUP

/s/ Paul S. Padda
PAUL S. PADDA, ESQ.
4240 West Flamingo Road #220
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472