LISA J. ZASTROW, ESQ.
Nevada Bar No. 009727
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   lzastrow@klnevada.com
          blarsen@klnevada.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANA M. HUGHES,<br><br>Plaintiff,<br><br>vs.<br><br>KOI GROUP, INC.; KOI LV, LLC (d.b.a."Koi Restaurant and Lounge"),<br><br>Defendant. | CASE NO. 2:15-cv-00882-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT KOI GROUP, INC. WITH PREJUDICE** |

Defendant, KOI GROUP, INC., by and through its counsel of record, and Plaintiff, DIANA M. HUGHES by and through her counsel of record, herby stipulate to dismiss the above-captioned matter, with prejudice, in its entirety. All parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  January 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED.**

DATED this 5th day of January, 2016

**KOLESAR & LEATHAM**

By:*/s/ Lisa J. Zastrow*
   LISA J. ZASTROW, ESQ.
   Nevada Bar No. 009727
   BART K. LARSEN, ESQ.
   Nevada Bar No. 008538
   400 South Rampart Blvd., Suite 400
   Las Vegas, Nevada 89145

*Attorneys for Defendants*

DATED this 5th day of January, 2016

**THE FEDERAL DEFENDERS LAW GROUP**

By:*/s/ Paul S. Padda*
   PAUL S. PADDA, ESQ.
   Nevada Bar No. 010417
   4240 West Flamingo Road #220
   Las Vegas, Nevada 89103

*Attorneys for Plaintiff*